In the Matter of Belle I. GEORGE, In Bankruptcy, No. 20385, and Edward P. GEORGE, In Bankruptcy, No. 20386.
No. 156.

Circuit Court of Appeals, Second Circuit.
Jan. 7, 1935.

Paul V. Sheehan, of Buffalo, N. Y., for appellant.

Claude L. Newman, of Arcade, N. Y. (John Lord O'Brian and John F. Rich, both of Buffalo, N. Y., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of In re Killanna Realty & Construction Co., 68 F.(2d) 718 (C. C. A. 2).

James GREEN, Appellant, v. UNITED STATES of America, Appellee.
No. 7502.

Circuit Court of Appeals, Ninth Circuit.
Jan. 14, 1935.

See, also, 67 F.(2d) 846.

C. M. Jeffery, of Pocatello, Idaho, for appellant.

John A. Carver, U. S. Atty., of Boise, Idaho.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

HAMBURG–AMERICAN LINE, Appellant, v. Philip ELTING, Collector, Appellee.
No. 157.

Circuit Court of Appeals, Second Circuit.
Jan. 7, 1935.

Roger O'Donnell, of Washington, D. C., and John M. Lyons, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.